AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Imran Ahmed Siddiqi | ) Case No. 5:24-mj-1078 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5-6, 2024__ in the county of __Lake__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 18 U.S.C § 1470 | (1) Knowingly transferring or attempting to transfer obscene matter to a minor |
| (2) 18 U.S.C. § 2260A | (2) Commission of a felony offense involving a minor victim by a registered sex offender |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI SA Albert Grooms
_____
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __3/13/2024__

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

City and state: __Orlando, Florida__

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: TiffanyPalmer

STATE OF FLORIDA                                    CASE NO. 5:24-mj- 1078

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Albert Grooms, being duly sworn, do hereby state the following:

1.      This affidavit is submitted in support of a criminal complaint against IMRAN SIDDIQI, for a violation of 18 U.S.C. § 1470 (knowingly transferring or attempting to transfer obscene matter to a minor) and 18 U.S.C. § 2260A (commission of a felony offense involving a minor victim by a registered sex offender). As set forth in more detail below, there is probable cause to believe that on or between March 5, 2024, and March 6, 2024, SIDDIQI transferred obscene material to another individual whom he believed to be only 13 years of age.

2.      I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

3.      My formal education includes a Bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced

law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, CSAM, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

4. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252, 2252A, and 1470. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

6. On January 31, 2024, I was conducting an undercover operation posing as a 13-year-old female (UCA). An individual with a username "Plzherkittyagain" (later identified SIDDIQI) reached out to me on the social media/chat platform Kik (**Kik Account**). SIDDIQI identified himself as a 40 year old[1] male living in the

---

[1] In the course of SIDDIQUI's extended conversation with the UCA, SIDDIQI provided every element of his actual date of birth.

2

United States. The UCA responded that she was a 13-year-old female living in Florida. SIDDIQI asked if the UCA really wanted to chat and explained that he was also in Florida.

7. SIDDIQI asked if the UCA had ever been with an older male, adding that the UCA could trust him. The UCA responded, "Yea." SIDDIQI inquired further, asking, "Wow how . . . Teacher? . . . Coach? . . . Did you fuck him?" He then wanted additional details (how it happened, if the UCA's parents ever found out, how old he was, etc.). SIDDIQI also commented that stated his birth month was August.

8. When SIDDIQI asked for a picture of the UCA, the UCA sent an age-regressed photograph of a law enforcement officer. SIDDIQI responded with a photograph of himself. SIDDIQI stated, "I'll lick that pussy baby." He offered to travel to the UCA, causing the UCA to restate her age by asking whether SIDDIQI had ever been with a 13-year-old before.

9. The UCA provided a phone number so SIDDIQI could text her. SIDDIQI initially resisted, asking the UCA to charge her cellular phone and continue to talk with him via Kik. SIDDIQI stated that he was worried about texting the UCA because "I don't know if your legit or not, people could get into trouble talking to minors like you baby."

10. SIDDIQI asked the UCA to send him a live pic and asked, "No cops or anything right?" The UCA responded with a prepared photograph which had the appearance that it had just been generated from the phone's camera. SIDDIQI next

3

asked the UCA to send a picture with her index finger on her nose. SIDDIQI then provided a live photograph of himself with a finger touching his nose. SIDDIQI reiterated his reluctance with switching to texting. He then asked, "Are you wanting to fuck?" SIDDIQI added, "I do." He cautioned the UCA, "But I want you to feel safe, parents find out I am done for." SIDDIQI asked more questions about the UCA's parental situation as well as the presence of a ring doorbell and/or surveillance system at the UCA's home. He then offered to be the UCA's "daddy."

11. SIDDIQI asked if the UCA's phone "secure." Once the UCA assured him that the UCA's mother did not check the phone, SIDDIQI texted from 941-XXX-9516 (**Target Phone**). SIDDIQI confirmed with the UCA via Kik that he was texting from the **Target Phone**.

12. SIDDIQI texted that his name was "Ron." He apologized for being so paranoid. SIDDIQI inquired about doing a video chat and asked the UCA about her previous sexual experiences. He then graphically described sexual activities he wanted to do with the UCA ("Like fucking anal?"; "Fuckingbyour asshole"; "Pull hair, spit on you?"; "Okay, gag on my cock.").

13. SIDDIQI next asked, "Do you have any videos of you . . . Like playing with ur pussy Rubbing tits?" He told the UCA, "I have a cock video of mine." Shortly thereafter, SIDDIQI sent a video of an adult male penis. Based on the photograph's perspective, this video appears to have been created by the person holding the phone. The skin tone of the person in the video is consistent with SIDDIQI's.

14. The UCA asked SIDDIQI about his youngest preferred age for a sexual partner. SIDDIQI replied, "Ur r age." The UCA then reiterated that she was only 13 years old. When the UCA asked what age would be too young for him, SIDDIQI stated, "I don't know what age but if I like the person and they want it why would I not." Again, the UCA responded by describing her age (13).

15. When SIDDIQI expressed concern that the UCA might be law enforcement, the UCA attempted to break off their communication. SIDDIQI, however, insisted that the UCA continue to correspond with him. He asked for her home address. SIDDIQI then turned the conversation back to sex, asking if anyone had licked the UCA's "pussy" or "titty nipples." SIDDIQI offered to perform these sexual acts (and others) before "making out" with the UCA.

16. SIDDIQI told the UCA that he was a registered sex offender who had been caught in a "sting." SIDDIQI explained, "Back in 2015 I was arrested meeting an older woman who at the end on my way to meet them at a gas station." He continued, "On my way she text me asking me to fuck her daughter." He added, "When I wanted the older woman because that was a fantasy of mine older woman still is." SIDDIQI explained, "It was online meeting that's why I am nervous a little." SIDDIQI then told the UCA, "Jordan what's funny is I wasn't into younger before now once I got in trouble I kind of am now it's weird."

17. After this revelation, the UCA again tried to break off communication by stating, "[W]ell if your too scared we dont have to do anything . . .I dont want you to get in trouble again." SIDDIQI replied, "Well I don't looks for young but I

5

wanted to older still but if the opportunity of a young girl wanna fuck I am down." He continued, "No I need you and sex . . . As long as you can make me safe.""

18.  SIDDIQUI inquired, "If I come to your place, will your neighbors see my car? Report me?" He asked the UCA whether he should back into the driveway so that his license plate could not be seen. SIDDIQUI expressed a desire to "do it" on the UCA's bed, describing various sexual positions he would like to do with/teach the UCA.

19.  After these text conversations, SIDDIQI called the UCA. A female law enforcement officer familiar with the investigation answered the call, posing as the UCA. When SIDDIQI commented that the UCA sounded "older," the UCA reiterated she was only 13 years old. SIDDIQI asked about when and how they could meet. He also asked questions about school. Based on the manner SIDDIQI asked these questions, it appeared that he was testing the UCA to see whether the answers would be consistent with those from their prior conversation and for the UCA's stated age. Once SIDDIQI was satisfied with the responses, he offered to travel to see the UCA that night if she did not live too far away. Ultimately, SIDDIQI determined that distant was too great and the conversation ended.

20.  On February 1, 2024, the UCA and SIDDIQI resumed communicating by text. When the UCA again mentioned that she was 13 years old, SIDDIQI commented that he was "scared." He asked to do a video chat with the UCA to help him feel "at ease." At one point in their conversation, SIDDIQI mentioned that his

birthday was on a specific date of the month[2]. This date, combined with the month he had mentioned previously (August), matched law enforcement records for SIDDIQI's date of birth (as further described below).

21. SIDDIQI explained his apprehension to UCA by again mentioning that he had previously been charged with "this crime" and "lost everything." When the UCA gave SIDDIQI another chance to end their conversation, however, he declined.

22. SIDDIQI asked the UCA for the name of the school she attended and inquired whether he could pick her up from there. SIDDIQI asked for the UCA to describe "from start to finish" the last time she had sexual intercourse. SIDDIQI stated he preferred to not use a condom with the UCA, reassuring her that he "always pulls out" and his "…ex never got pregnant." SIDDIQI also stated, "I wanna be the only guy to fuck you bareback—I'll be honest—It's more erotic and intense and feels soo good." SIDDIQI then decried in detail other sexual acts that he wanted to perform with the UCA.

23. SIDDIQI asked the UCA if she had multiple social media accounts including Facebook, Snapchat, Instagram, and Telegram. SIDDIQI explained that he has Telegram[3] and What's App. SIDDIQI confirmed that he knew the UCA's age

---

[2] The specific dates provided by SIDDIQI is consist with his true date of birth.
[3] Based on my training an experience, Telegram is a social media app commonly used by individual engaged in various child sexual abuse material (CSAM) crimes due to the fact Telegram actively evades cooperating with law enforcement and advertises on its website that it has turned over 0 bytes of data thus far.

7

by asking her where she sees herself "in five years" when she is "18 years old." SIDDIQI then asked if he and the UCA could get married, explaining that he is "getting older" and "does not have anyone." He added that "18 was not too young" and he would "support the UCA through school."

24. SIDDIQI messaged the UCA twelve times on February 1, 2024. The UCA, however, did not respond. SIDDIQI offered to pay the UCA to not leave him by stating, "I mean I am not working and not a rich man but I don't want you leaving me when I want you . . . I wanna cum inside you baby." SIDDIQI eventually suggested that the UCA should sneak out and meet him at a hotel to have sex.

25. On February 3, 2024, in another text conversation, SIDDIQI stated he had a naked picture of himself and that he would send it if he could see a picture of the UCA as well. The UCA replied that she would not be sending more photographs, but that SIDDIQI could send whatever images he wanted. SIDDIQI then sent a picture of an adult male from the chin down to the upper thigh wearing only boxers. Later that afternoon, SIDDIQI sent a picture of an erect male penis.

26. Between February 4, 2024, and March 4, 2024, SIDDIQI sent approximately 23 text messages to the UCA. He also placed two phone calls to her. The UCA, however, did not respond.

27. On March 5, 2024, SIDDIQI sent a text message to the UCA stating, "I had to come to Orlando for a funeral. I need some stress relief." Later that night,

SIDDIQI sent a photo of himself fully nude. The image captures SIDDIQI's erect penis in the foreground and his face in the background.[4]

28. On March 6, 2024, the UCA responded to SIDDIQI's messages via text message. SIDDIQI asked for her thoughts about the nude picture he had sent her the day before. SIDDIQI added, "Yeah it need your mouth around it" and "and pussy on top of it."

29. SIDDIQI asked the schedule for the UCA's mother. When the UCA replied that her mother's schedule was "pretty random," SIDDIQI responded, "Oh okay so if I wanted to meet you for sex we couldn't do it." SIDDIQI also told the UCA that he did not want the UCA talking to other men.

30. SIDDIQI then stated, "[UCA] I want us to fuck bareback. That's my stipulation." When the UCA expressed concern about getting pregnant, SIDDIQI stated he would not get the UCA pregnant because he would "pull out." He added that did not want to get the UCA pregnant because his DNA was in the "police database" and he would "go to jail."

31. SIDDIQI again demanded naked pictures of the UCA, offering to send her some of himself in exchange. As before, the UCA told SIDDIQI her age (13), which he acknowledged. SIDDIQI stated the UCA was the "only one that age" he has ever spoken with. He further commented, "No ur implying I am a pedophile . . . I send you my cock pics got nothing in return." After additional conversation from

---

[4] The UCA was physically located in Lake County, Florida at the time SIDDIQI sent the images on March 5-6, 2024. This location is within the Middle District of Florida.

9

SIDDIQI in which he described the sexual acts, he wanted to perform on the UCA, SIDDIQI sent a picture of an erect male penis. This photograph was consistent with the previous photos he had sent of himself to the UCA.

32. SIDDIQI eventually sent a 19-second video to the UCA which depicted different adult porn stars engaged in assorted sexual acts. SIDDIQI followed that video with another text message stating, "I got a video for you this is how I wanna fuck you." SIDDIQI then forwarded a 74-second video depicting two adults having sex.[5]

## IDENTITY

33. On or about February 8, 2024, HSI Orlando served T-Mobile with a summons requesting subscriber information associated with the **Target Phone.** T-Mobile responded the phone was registered to Imran SIDDIQI at 8322 Norbert Ave North Port, FL 34287 **(Subject Premises)**.

34. A search of the Florida Driver and Vehicle Information Database (DAVID) on March 9, 2024, revealed SIDDIQI to be living at the **Subject Premises.** The date of birth information in the driver license database matched the descriptions SIDDIQI had provided the UCA.

35. SIDDIQI is also a registered sex offender. A search of the Florida Department of Law Enforcement (FDLE) Sex Offender Predator System on March 9, 2024, revealed that on April 28, 2016, SIDDIQI had been convicted in Florida of

---

[5] The UCA was physically located in Lake County, Florida at the time SIDDIQI sent the video.

Traveling to Meet a Minor to Commit an Unlawful Sexual Offense, in violation of F.S. 847.0135(4).

36. On or about February 6, 2024, HSI Orlando sent a summons to Kik c/o MediaLab.ai Inc. requesting subscriber information for the **Kik Account**. On or about February 08, 2024, Kik responded with the following information:

First Name: PlzherKitty

Last Name: Z

Email: isiddiqi@mail.usf.edu (unconfirmed)

Username: Plzherkittyagain

73.27.208.114 (**IP 1**) Port: 49376 on February 02, 2024, at 23:57 hours UTC

73.27.208.114 (**IP 2**) Port: 49880 January 20, 2024, at 13:37 hours UTC

37. On March 9, 2024, HSI Orlando received the following subscriber information from Comcast regarding **IP 1** and **IP 2**:

Subscriber: J. SIDDIQI

Address: **Subject Premises**

## CONCLUSION

38.     Based on the above, I submit that there is probable cause between March 5, 2024, and March 6, 2024, SIDDIQI transferred obscene matter to another individual who he believed to be 13 years old.

_____
Albert Grooms, Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me
as true and accurate via Zoom consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this __13__ day of March 2024.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: TiffanyPalmer